# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

### Civil Case Number: 6:21-cv-01212-RBD-LRH

| | |
|---|---|
| Robert A. Nolasco, | : |
| Plaintiff, | : |
| vs. | : |
| CKS Financial, | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a Stipulation of Dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: October 8, 2021

Respectfully submitted,

By /s/ Sergei Lemberg

Sergei Lemberg, Esq.
FL Bar No.: 1026228
LEMBERG LAW, L.L.C.
11555 Heron Bay Boulevard, Suite 200
Coral Springs, FL 33076
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 8, 2021, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                         By  /s/ Sergei Lemberg

                                             Sergei Lemberg